## SHIELDS v. NATIONWIDE MUT. FIRE INS. CO.

No. 219P83.

Case below: 61 N.C. App. 365.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 July 1983.

## SOUTHLAND ASSOCIATES v. PEACH

No. 262P83.

Case below: 61 N.C. App. 676.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 July 1983.

## SPENCER v. SPENCER

No. 250P83.

Case below: 61 N.C. App. 535.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 July 1983.

## STATE v. ANDERSON

No. 190P83.

Case below: 61 N.C. App. 168.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 July 1983.

## STATE v. HUNT

No. 268PA83.

Case below: 61 N.C. App. 348.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 7 July 1983.